# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 10/26/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 10:52:07 AM
CHRISTOPHER A. PRINE
Clerk

**TO:**     **1ST COURT OF APPEALS**

**From:**     **Deputy Clerk: IRMA MEDINA**
             **Chris Daniel, District Clerk**
             **Harris County, T E X A S**

**CAUSE:**     **2000-34109E**

**VOLUME** \_\_\_\_\_     **PAGE** \_\_\_\_\_     **OR**     **IMAGE #** **67580267**

**DUE** **10/26/2015**     **ATTORNEY** **PRO-SE #1**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** **1ST**

**DATE ORDER SIGNED:**     **7/13/2015**

**THIS CASE IS ASSOCIATED WITH MAIN CASE# 01-15-00207-CV**

**REQUEST TRANSCRIPT DATE FILED**     **N/A**

**NOTICE OF APPEAL DATE FILED**     **10/16/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )** **10**

**FILE ORDERED: YES** ☐   **NO** ☒   **IMAGED FILED: YES** ☒   **NO** ☐

**CODES FOR NOTICE OF APPEAL: D, OA**

CHRIS DANIEL
Harris County, District Clerk

By: \_\_/s/IRMA MEDINA_____
            **IRMA MEDINA, Deputy**

| | |
|---|---|
| **BC** | **NOTICE OF APPEAL FILED** |
| **BG** | **NOTICE OF APPEAL FILED – GOVERNMENT** |
| **C** | **JUDGMENT BEING APPEALED** |
| **D -** | **ACCELERATED APPEAL** |
| **OA** | **NO CLERK'S RECORD REQUEST FILED** |
| **O** | **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)** |
| **NA** | **AMENDED NOTICE OF APPEAL** |

CONFIRMED FILE DATE: 10/16/2015

2000 34109-E

| Rita Lemons and etal. | () | In The District |
| VS. | () | 151st Court |
| Joe Payton Lee and etal. | () | Harris County, Texas |
| | () | |

FILED
Chris Daniel
District Clerk
Time: OCT 16 2015
Harris County, Texas
Deputy

## NOTICE OF APPEAL

Comes Now, Plaintiff, Rita Lemons giving Notice of Appeal for Orders signed on July 13, 2015, presiding Judge Mike Engelhart. Specifically Case No. 200034109-D- Writ of Garnishment on Texas School Board Association, 2000 34109-E- Writ of Sequestration and 2000 34109-F –Writ of Garnishment on Transplant Associates at Baylor Healthcare Systems, P.A.

## CERTIFICATE OF SERVICE

I certify that a correct copy has been forwarded to the Defendants transplant Associates at Baylor Healthcare Systems, P.A. at 3410 Worth St. Ste. 950 Dallas, Texas 75246-2046. Mr. and Mrs. Joe Lee at 3633 Dubois St. Houston, Texas 77051, Joyce Hickman Lee at FMC Cardwell Federal Medical Center Building register 88369-079 P.O. Box 27137 Forth Worth, Texas 76127, telephone (817) 742 4000 fax: (817) 782-4875

Respectfully Submitted,

S/: Rita Lemons

16215 Diamond Ridge Dr.

Houston, Texas 77053

Contact: (281) 707-2732 email; jireh-consult@yahoo.com

CONFIRMED FILE DATE: 6/10/2015

P.2

CIVIL NUMBER 2000 34109 E

| | | |
|---|---|---|
| Rita Lemons individually and dba individually | () | IN THE DISTRICT COURT |
| Dental Assistance by the :Phone | () | 151ST |
| Vs. | () | OF HARRIS COUNTY, |
| | () | TEXAS |
| Joyce Hickman Lee aka Joe V Curtis, aka | () | |
| Howard J Curtis, & etal. | () | |
| Mr. and Mrs. Joe Payton Lee, individually | () | |
| dba's | () | |

FILED
Chris Daniel
District Clerk
JUN 10 2015
Time:
By_____
Harris County, Texas
Deputy

STATE OF TEXAS

HARRIS COUNTY

## AMENDED WRIT OF SEQUESTRATION ORDER

Came to be heard on the Submission Docket Plaintiff's Writ of March 30, 2015 at 8:00 a.m. After Consideration of the Pleadings and the exhibits submitted in support of her claims this court finds Plaintiff ~~is entitled to the listed properties, because the Defendants have acted maliciously in transferring their property title and rights after the Default Judgment date of 12-11-2001, and filed Abstract of Judgments with the Harris County District Courts Property Division. The conveyance, selling, transferring of any property is Fraud. The properties below are granted to the Plaintiff because of the Defendants knowingly, willingly with malicious intent to injure the Plaintiffs is FRAUD.~~

1. 8120 Corinth St. Houston, Texas 77051, value $110,000. Acct. 051-139-013-001-1, Recipient is Joe Payton Lee Jr. Lot 7 Blk.26 of Riverside Terrace, Sect.3, in Harris Co.,

2. 3629 Dubois St. Houston, Texas 77051, value $21,578 Acct. # 0511670810013, Lot Tennant is New Jerusalem Baptist Church 13 Blk. 81 and ADJ. part alley way

3. 3620 Dubois St Houston, Texas 77051, value $34,621. Acct. # 0511670800003 Lot

1

Tenant is New Jerusalem Baptist Church

8 Blk 80 and ADJ alley way 132-C south of 610

4. 8328 Corinth St. Houston, Texas 77051,

County

value $32,290. Acct. # 0511550050010
TR 10 A Blk. 5 Sunny Side Place Harris

"                                    "

value $98,242. Acct. # 0511390130011,

5. 5151 S. Willow Dr. Houston, Texas 77035,

value $2,917,000. 00 Acct.0601220000053,

6. 7122 St. Augustine Houston, Texas 77021,

value $ 20,893. HCAD # 033-227-049-0006

Recipient Joe Payton Lee Jr.

7. 7806 Comal St. Houston, Texas 77051

value: $36,705. Acct. 0511510400015

Recipient Donnie Lee

Lot 9 Blk. 71 Sunny Side Place

8. 8123 Gladstone St. Houston, Texas 77051

value: $28,156. Acct. # 0511660740007

9. 8132 Brandon St. Houston, Texas 77051

value $47,721 Acct. # 0511640710009

10. 8417 Comal St. Houston, Texas 77051 Lt. 5, Blk. 101 of

value $20,000. Acct. # 0511720020005, Lt. Sunny Side Place, Harris Co.

11. 8227 Livingston St. Houston, Texas 77051 Blk.

value $20,000. Acct. # 0511380120007 Lt 7, 12 of Sunnyside Addition, in Harris Co.

12. 3606 Dubois St. Houston, Texas 77051

value $31,893.00 Acct. #0511670800002

13. 7930 Corinth St Houston, Texas 77051

value $49,879.00 Acct. #0511430210009

Signed: 𝑀𝑀 / 𝑚𝑚

Date: ____/____/_____

Sign: _____ 7/13/2015 _____

Honorable Mike Engelhart

** The Court is unable to legally order that real property be given to Plaintiff when it appears that property is owned by a third party who is not a party to this or any lawsuit brought by Plaintiff. That is a clear violation of due process as required by the US and Texas Constitutions. Rather, Plaintiff is welcome to file a lawsuit against those with title to these properties if Plaintiff believes, in good faith, based upon evidence, that these properties were illegally and/or fraudulently transferred to   their new owners by the judgment debtors in order to avoid paying Plaintiff's substantial judgment against the judgment debtors. If the properties are still in the names of the judgment debtors, Plaintiff should go from constable to constable in Harris County until she can get her writ of execution executed on any non-exempt assets owned by the judgment debtors.

```
JU2FN (NSD#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    OCT 26, 2015(C1)
INT6510                   CIVIL CASE INTAKE                OPT: _____ -  INT
                       GENERAL PARTY INQUIRY              PAGE:   1 -    1

CASE NUM: 200034109E_ PJN> __  TRANS NUM: _____ CURRENT COURT: 151 PUB? _
CASE TYPE: GARNISHMENT AFT JUDGMENT       CASE STATUS: ACTIVE
STYLE: LEMONS, RITA                       VS LEE, JOE PAYTON
========================================================================
                     **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR        PERSON NAME            PTY   ASSOC. ATTY
   NUM    NUMBER                                         STAT
 _    00004-0001 DEF         HICKMAN, JOYCE LEE
 _    00003-0001 DEF         LEE, RUTHIE
 _    00002-0001 DEF         LEE, JOE PAYTON
 _    00001-0001 PLT         LEMONS, RITA                     PRO-SE




==> (4) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```